UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITHIE PARKER,<br><br>      Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; LIBERTY FUND, LLC; and all parties or persons known and unknown claiming an interest in the property, and DOES 1-10, inclusive.<br><br>      Defendants. | CV 19-1017 PA (JCx)<br><br>JUDGMENT |

Pursuant to the Court's April 19, 2019 Minute Order granting the Motions to Dismiss filed by defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Liberty Fund, LLC ("Liberty Fund"), which dismissed the First Amended Complaint filed by plaintiff Faithie Parker ("Plaintiff") without leave to amend and dismissed Plaintiff's action with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Wells Fargo and Liberty Fund are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Wells Fargo and Liberty Fund shall have their costs of suit.

IT IS SO ORDERED.

DATED: April 19, 2019

                                                          Percy Anderson<br>                                      UNITED STATES DISTRICT JUDGE